



# MEMORANDUM OPINION

No. 04-11-00608-CV

**IN RE** Corby **WINDHAM**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Phylis J. Speedlin, Justice

Delivered and Filed:  October 12, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On September 20, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-18155, styled *In the Interest of K. W. and A.W., children*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon J. Casseb, III presiding. However, the order complained of was signed by the Honorable Martha Tanner, presiding judge of the 166th Judicial District Court, Bexar County, Texas.